IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

KENNETH CHAPMAN, :

    Plaintiff, :

v. : CA 11-0180-WS-C

SOUTHERN REFRIGERATION
TRANSPORTATION, :

    Defendant. :

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this case is **DISMISSED WITH PREJUDICE**.

**DONE** this 25th day of August, 2011.

                              s/WILLIAM H. STEELE
                              **CHIEF UNITED STATES DISTRICT JUDGE**